FILE COPY



**Court of Appeals**

BRIAN QUINN
Chief Justice

JAMES T. CAMPBELL
Justice

PATRICK A. PIRTLE
Justice

JUDY C. PARKER
Justice

Seventh District of Texas
Potter County Courts Building
501 S. Fillmore, Suite 2-A
Amarillo, Texas 79101-2449
www.txcourts.gov/7thcoa.aspx

VIVIAN LONG
Clerk

MAILING ADDRESS:
P. O. Box 9540
79105-9540

(806) 342-2650

November 30, 2017

Xavier Rena Solis
TDCJ-ID #02110097
Rogelio Sanchez State Jail
3901 State Jail Road
El Paso, TX 79938

Darrell R. Carey
LAW OFFICES OF DARRELL R. CAREY
300 15th Street
Canyon, TX 79015
* DELIVERED VIA E-MAIL *

James A. Farren
Criminal District Attorney
2309 Russell Long Boulevard, Suite 120
Canyon, TX 79015
* DELIVERED VIA E-MAIL *

**RE:** Case Number: 07-17-00036-CR, 07-17-00037-CR, 07-17-00038-CR, 07-17-00039-CR, 07-17-00040-CR
Trial Court Case Number: 27088-B

**Style:** Xavier Rena Solis v. The State of Texas

Dear Mr. Solis, Mr. Carey, and Mr. Farren:

The Court this day issued an opinion and judgment in the captioned cause. TEX. R. APP. P. 48.

In addition, pursuant to Texas Government Code, Sec. 51.204(b)(2), exhibits on file with this Court, **if any**, will be destroyed three years after final disposition of the case or at an earlier date if ordered by the Court.

Very truly yours,

*Vivian Long*

VIVIAN LONG, CLERK

xc: Honorable John B. Board (DELIVERED VIA E-MAIL)
Jo Carter (DELIVERED VIA E-MAIL)